**Margaret Ann HAUGHTON, Plaintiff-Appellant,**

v.

**Megan J. BRENNAN, Postmaster General, US Postal Service, Defendant-Appellee.**

**No. 16-35674**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 16, 2017 ·

Margaret Ann Haughton, Pro Se

James Edward Cox, Jr., Kelly A. Zusman, Assistant U.S. Attorneys, DOJ-USAO, Portland, OR, for Defendant-Appellee

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

**MEMORANDUM ***

Margaret Ann Haughton appeals pro se from the district court's summary judg-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

---

ment in her Title VII action alleging a retaliation claim. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Vasquez v. County of Los Angeles,* 349 F.3d 634, 639 (9th Cir. 2004). We affirm.

The district court properly granted summary judgment on Haughton's retaliatory hostile work environment claim because Haughton failed to raise a genuine dispute of material fact as to whether she was subjected to conduct that was severe or pervasive enough to alter the conditions of her employment. *See Ray v. Henderson,* 217 F.3d 1234, 1240, 1245 (9th Cir. 2000) ("To determine whether an environment is sufficiently hostile, we look to the totality of the circumstances, including the frequency of the discriminatory conduct; its severity; whether it is physically threatening or humiliating, or a mere offensive utterance; and whether it unreasonably interferes with an employee's work performance." (citation and internal quotation marks omitted)).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.